UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Cathy Bopp, | ) | No. CV2009-00339 PHX-ECV |
| | ) | |
| Plaintiff, | ) | **ORDER OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| vs. | ) | |
| | ) | |
| Thunderbird Collection Specialists, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

The parties, having filed a stipulation for dismissal with prejudice (Doc 34) and cause appearing,

IT IS ORDERED dismissing this matter with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 10th day of September, 2010.

_Edward C. Voss_
Edward C. Voss
United States Magistrate Judge